**In re Lawrence V. WILDER, Sr., Petitioner.**

**Misc. No. 896.**

United States Court of Appeals, Federal Circuit.

Sept. 11, 2009.

### ORDER

A combined petition for panel rehearing and for rehearing en banc having been filed by the Petitioner, and the petition for rehearing, having been referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc having been referred to the circuit judges who are in regular active service,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for panel rehearing be, and the same hereby is, DENIED and it is further

ORDERED that the petition for rehearing en banc be, and the same hereby is, DENIED.

**Robert SMITH, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

**No. 2009–3247.**

United States Court of Appeals, Federal Circuit.

Sept. 14, 2009.

ON MOTION

*ORDER*

Petitioner having paid the required filing fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RE-CALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 60 days from the date of this order.